United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                    Case No. 2:20-cr-95-01

Larry Dean Porter

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge Sarah D. Morrison | | Date:  March 14, 2023 at 10:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Jennifer Rausch and Heather Hill |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Deb Williams and Soma Dutta |
| Interpreter | | Pretrial/Probation: | |
| Log In | 10:00 a.m. | Log Out | |

Defendant sentenced to 480 months of imprisonment on Counts 2, 5 and 6, and 60 months of imprisonment on Count 3, of the Second Superseding Indictment, to be served concurrently.

Sentenced to a Life term of supervised release on Counts 2, 5, and 6, and 3 years on Count 3 of the Second Superseding Indictment to be served concurrently.

No fine imposed.

Special Assessment of $400.

JVTA assessment of $15,000 ordered on Counts 2, 5, and 6.

Restitution ordered in the amount of $357,815.00 paid jointly and severally with any co-defendants convicted of Counts 2, 3, 5, and 6.

Final Order of Forfeiture will be entered at a later date.

All other counts as to this defendant were dismissed.

Defendant remanded to the custody of the USMS.